IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, TOM GIACOMETTO, a resident of Montana, LAWRENCE GIACOMETTO, a resident of Montana, and ROBERT GIACOMETTO, a resident of South Dakota,<br><br>      Plaintiffs,<br><br>vs.<br><br>DENBURY ONSHORE LLC, a Delaware Corporation, and DENBURY OPERATING COMPANY, a Delaware Corporation,<br><br>      Defendants. | CV 16-145-BLG-SPW-TJC<br><br>**ORDER OF RECUSAL** |

IT IS ORDERED that I hereby recuse myself from all further proceedings in this action. The Clerk of the Court is directed to notify Chief Judge Dana L. Christensen of this Order for referral of this case to another Magistrate Judge, if appropriate.

**IT IS ORDERED.**

DATED this 13th day of February 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge