JJ England
Derrick Braaten (admitted *pro hac vice*)
BRAATEN LAW FIRM
109 North 4th Street, Suite 100
Bismarck, ND 58501
Telephone: 701-221-2911
jj@braatenlawfirm.com
derrick@braatenlawfirm.com

Matthew J. Kelly
E. Lars Phillips
TARLOW, STONECIPHER, WEAMER, & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715
Telephone: 406-586-9714
mkelly@lawmt.com
lphillips@lawmt.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., et al., | |
| Plaintiffs, | Case No. 1:16-cv-00145 |
| v. | NOTICE OF DEATH (LAWRENCE GIACOMETTO) |
| DENBURY ONSHORE LLC, et al., | |
| Defendants. | |

1

Plaintiffs hereby give notice pursuant to Rule 25(a) of the Federal Rules of Civil Procedure that Lawrence Giacometto, an original plaintiff in this action, died on September 12, 2019. Plaintiffs' undersigned attorneys do not represent the estate of Lawrence Giacometto. Plaintiffs Tom Giacometto, Robert Giacometto, and Giacometto Ranch, Inc. request that the name of the deceased party be stricken from the action and dismissed without prejudice and that the action proceed in the name of Tom Giacometto, Robert Giacometto, and Giacometto Ranch, Inc. unless the estate of Lawrence Giacometto timely applies to intervene under the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: July 7, 2020          /s/ JJ England

JJ England
Derrick Braaten (admitted *pro hac vice*)
Braaten Law Firm
109 N 4th St, Suite 100
Bismarck, ND 58501
Telephone: 701-221-2911
jj@braatenlawfirm.com
derrick@braatenlawfirm.com

Matthew J. Kelly
E. Lars Phillips
Tarlow, Stonecipher, Weamer, & Kelly, PLLC
1705 West College St.
Bozeman, MT 59715
Telephone: 406-586-9714
mkelly@lawmt.com
lphillips@lawmt.com