

July 7, 2020

**Via ECF Filing**

The Honorable Judge Susan P. Watters
James F. Battin Federal Courthouse
2601 2nd Avenue North, 5th Floor
Billings, MT 59101

>   Re:   Giacometto Ranch, Inc. et al. v. Denbury Onshore, LLC et al.
>         1:16-cv-00145-SPW-KLD
>         Notice of Death of Lawrence Giacometto

Dear Judge Watters:

I am writing to offer some additional context for the Notice of Death being filed with this letter. Lawrence Giacometto passed away on September 12, 2019. I have been waiting to inform the Court of his passing based on my initial assumption that some kind of estate proceedings would be filed, but to date no such proceeding has been filed. My clients and I are not privy to the specific details, but our understanding is that Lawrence Giacometto's son, John Giacometto, has postponed the filing and has been negotiating with Betty Inskip, who lived with Lawrence Giacometto for the past sixteen years of his life. I was hesitant to inject myself and this case into that negotiation, but my understanding is that John Giacometto and Betty Inskip have now come to an agreement regarding the estate.

For additional background, Lawrence Giacometto is the brother of Robert Giacometto, and the uncle of Tom Giacometto, and together the three of them were shareholders in Giacometto Ranch, Inc. Plaintiffs Giacometto Ranch, Inc., Tom Giacometto, and Robert Giacometto have determined that this action can move forward without Lawrence, and for this reason they have filed the Notice of Death. This notice is being served on John Giacometto, who to our knowledge, has been and will continue to handle the estate of Lawrence Giacometto.

Sincerely,

Derrick Braaten