JJ England
Derrick Braaten (admitted *pro hac vice*)
BRAATEN LAW FIRM
109 North 4th Street, Suite 100
Bismarck, ND 58501
Telephone: 701-221-2911
jj@braatenlawfirm.com
derrick@braatenlawfirm.com

Matthew J. Kelly
E. Lars Phillips
TARLOW, STONECIPHER, WEAMER, & KELLY, PLLC
1705 West College St.
Bozeman, MT 59715
Telephone: 406-586-9714
mkelly@lawmt.com
lphillips@lawmt.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) DENBURY ONSHORE LLC, et al., ) ) ) Defendants. ) ) | Case No. 1:16-cv-00145 DECLARATION OF SERVICE BY MAIL |

1

I, Steven Price, hereby certify that I served a copy of the following:

1. Notice of Death; and

2. Letter to Judge Watters regarding Notice of Death dated July 6th, 2020

upon John C. Giacometto, on the 7th day of July, 2020,

by mailing a true and correct copy with postage prepaid and addressed as follows:

John C. Giacometto
120 Boyes Rd.
Broadus, MT 59317-9583


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2020.

_____
Steven Price