IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., et al., | CV 16-145-BLG-SPW-KLD |
| Plaintiffs, | |
| vs. | ORDER |
| DENBURY ONSHORE LLC, et al., | |
| Defendants. | |

Plaintiffs have filed a Notice of Death (Lawrence Giacometto) (Doc. 74) requesting that the name of the deceased party be stricken from the above-captioned action and dismissed without prejudice. For good cause appearing,

IT IS HEREBY ORDERED that Lawrence Giacometto be **DISMISSED WITHOUT PREJUDICE** from the above-captioned matter.

IT IS FURTHER ORDERED that Lawrence Giacometto be stricken from the caption of this case.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 14th day of July, 2020.

SUSAN P. WATTERS
United States District Judge

1