IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, TOM GIACOMETTO, a resident of Montana, LAWRENCE GIACOMETTO, a resident of Montana, and ROBERT GIACOMETTO, a resident of South Dakota, | CV 16-145-BLG-SPW-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| DENBURY ONSHORE LLC, a Delaware Corporation, and DENBURY OPERATING COMPANY, a Delaware Corporation, | |
| Defendants. | |

On November 3, 2020, Defendants filed an unopposed motion asking the

Court to lift the stay in this case in light of the Bankruptcy Court's Order

Approving Denbury Resources, Inc.'s Joint Chapter 11 Plan of Reorganization,

which became effective September 18, 2020. (Doc. 83). Defendants also request a

1

telephonic scheduling conference for the purpose of setting new scheduling deadlines in the case. Accordingly, and good cause appearing,

IT IS ORDERED that the stay in this case is lifted, and a telephonic scheduling conference is scheduled for November 10, 2020 at 1:30 p.m. All counsel shall call 1-866-390-1828 at the designated time to participate in the conference. When prompted, enter the access code 8447649 followed by #.

DATED this 3rd day of November, 2020.

Kathleen L. DeSoto
United States Magistrate Judge