IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, TOM GIACOMETTO, a resident of Montana, LAWRENCE GIACOMETTO, a resident of Montana, and ROBERT GIACOMETTO, a resident of South Dakota,<br><br>Plaintiffs,<br><br>vs.<br><br>DENBURY ONSHORE LLC, a Delaware Corporation, and DENBURY OPERATING COMPANY, a Delaware Corporation,<br><br>Defendants. | CV 16-145-BLG-SPW-KLD<br><br>ORDER |

On November 10, 2020, this Court granted Plaintiffs' motion for leave to file their third amended complaint. (Doc. 92.) In its Order, the Court required Plaintiffs' third amended complaint to comport with the Court's earlier Findings and Recommendations addressing Defendants' motion for partial summary judgment. *See* Doc. 92 at 12 and Doc. 78. Accordingly, Plaintiffs' Proposed Amended Complaint attached to their brief in support of their motion for leave to amend (Doc. 77-1) may not serve as the operative complaint in this matter. As of

1

the date of this Order, Plaintiffs have not yet filed their third amended complaint. Accordingly,

IT IS ORDERED that Plaintiffs shall file their third amended complaint on or before February 26, 2021.

DATED this 12th day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge