IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, TOM GIACOMETTO, a resident of Montana, and ROBERT GIACOMETTO, a resident of South Dakota,<br><br>          Plaintiffs,<br><br>vs.<br><br>DENBURY ONSHORE LLC, a Delaware Corporation, and DENBURY OPERATING COMPANY, a Delaware Corporation,<br><br>          Defendants. | CV 16-145-BLG-SPW-KLD<br><br><br>ORDER |

      This matter comes before the Court on Plaintiffs' Unopposed Motion for an extension of time to file their Reply to Defendants' Response to Plaintiffs' Motion to Hold Denbury in Contempt, to Sanction Denbury, and to Continue Trial in the Court's Discretion. (Doc. 177). Accordingly, and good cause appearing,

1

IT IS ORDERED that the motion is GRANTED and Plaintiffs' deadline is extended to May 11, 2023.

DATED this 3rd day of April, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge