IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DENBURY ONSHORE LLC, et al.,<br><br>Defendants. | Case No. 16-CV-145-BLG-SPW<br><br><br><br>ORDER |

Pursuant to this Court's Order (Doc. 288) of August 22, 2024, Defendants Denbury Onshore LLC and Denbury Operating Company were given up to and including September 27, 2024 to file a status report. To date, Defendants have not filed a status report. Further, a Final Pretrial Conference is set for November 13, 2024 and a Trial is set for December 2, 2024.

**IT IS HEREBY ORDERED** that the Defendants have up to and including **November 4, 2024** to file a status report informing the Court of the status of this case.

1

The Clerk of Court shall notify the parties of the making of this Order.

DATED this 29th day of October, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE